E-filing

FILED

2007 JUL 23 PM 3:58

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

Hung Ha

Plaintiff,

vs.

William E. McGuiness,
Viola Herbert,
State of California    Defendant.

CASE NO. C07-03777 SBA

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Hung Ha, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____    - 1 -

1 | wages per month which you received.
2 | _____July 9, 2001 last day of Regular employment_____
3 | _____
4 | _____

5 | 2.   Have you received, within the past twelve (12) months, any money from any of the following
6 | sources:

7 |     a.   Business, Profession or                Yes ___ No ✓
8 |          self employment

9 |     b.   Income from stocks, bonds,             Yes ___ No ✓
10|          or royalties?

11|     c.   Rent payments?                         Yes ___ No ✓

12|     d.   Pensions, annuities, or                Yes ___ No ✓
13|          life insurance payments?

14|     e.   Federal or State welfare payments,     Yes ___ No ✓
15|          Social Security or other govern-
16|          ment source?

17| If the answer is "yes" to any of the above, describe each source of money and state the amount
18| received from each.

19| _____
20| _____

21| 3.   Are you married?                           Yes ___ No ✓
22| Spouse's Full Name: _____
23| Spouse's Place of Employment: _____
24| Spouse's Monthly Salary, Wages or Income:
25| Gross $_____  Net $_____
26| 4.   a.   List amount you contribute to your spouse's support:$ _____
27|      b.   List the persons other than your spouse who are dependent upon you for support and
28|           indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 2 -

1        list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

2   _____

3   _____

4   5.   Do you own or are you buying a home?     Yes ___  No ✓

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.   Do you own an automobile?              Yes ___  No ✓

7   Make _____ Year _____ Model _____

8   Is it financed? Yes _____ No _____ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11  Name(s) and address(es) of bank: __NA MU free Checking__

12  _____

13  Present balance(s): $ __200~__

14  Do you own any cash? Yes ✓ No ___ Amount: $ __ONE__

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16  value.)  Yes ___ No ✓

17  _____

18  8.   What are your monthly expenses?

19  Rent: $ __350 to 400__ Utilities: __0__

20  Food: $ __0 or 20__ Clothing: __0__

21  Charge Accounts:

22  Name of Account          Monthly Payment              Total Owed on This Account

23  _____    $ _____    $ _____

24  _____    $ _____    $ _____

25  _____    $ _____    $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they

27  are payable. Do not include account numbers.)

28  __(1) B of A credit card, (2) Wamu credit card__

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____         - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

July 23, 2007
DATE

[signature]
SIGNATURE OF APPLICANT