Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
E-mail address: jamesha@planet-save.com
Plaintiff/Petitioner in Pro Per
Date: Oct. 9, 2007; Tuesday

FILED
2007 OCT -9 PM 1:16

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

HUNG HA
    Plaintiff/Petitioner

vs.

WILLIAM E. MCGUINESS, DIANA HERBERT, STATE OF CALIFORNIA, et al,
    Defendants/respondents

Case No.: C07-03777   SBA

EX PARTE
APPLICATION FOR ORDER RESCHEDULING THE DATE BY WHICH TO MEET AND CONFER AND FILE JOINT ADR CERTIFICATION; APPLICATION FOR LEAVE TO SUBMIT AFORESAID APPLICATION FOR MODIFICATION OF TIMETABLE

(No proof of service)

<u>Nature of this paper</u>

    Submitted respectfully to the Court, this paper is intended to apply for order modifying the initial/original standing order setting Oct. 10, 2007 to be the last day for parties to meet and confer and to file joint ADR Certification, with an application for leave to submit this application for modification of initial standing order.

                      Application for leave to submit late paper

A.   <u>This application for modification is late.</u>

    Stated in the initial order setting case management conference, Order of the Court states: "Any request to reschedule the above dates . . . must be made at least ten days prior to the date sought to be modified."

    Here, Oct. 10, 2007 is the last day to meet and confer, and file joint ADR certification and related papers per initial order setting case management. Today is Oct. 9, 2007, on which written application for motification of Oct. 10, 2007 date is being sought to be modified. So, this request is clearly late, if not too late.

1      b. For the following reasons, request for leave to submit late application should be allowed.

There are various reasons of why this paper is submitted on this Oct. 9, 2007, instead of Sept. 30, or earlier.

--my inefficiency

--my lack of expertise in federal court lititation

--absence of an order permitting me to proceed in forma pauperis

--my fincial situation

--my limited resources (including but not limited to lack of money)

--poor health, disabilities (e.g., vision, teeth/dential)

--many legal problems for me to work on under severe time pressure/limit

--difficulty of the subject, law (e.g., drafting pleading of a Plaintiff)

,and the like.

For a consideration of such factors, I respectfully request that leave to granted to submit this late application for modification of last day to confer and file joint ADR certification.

                      Ex Parte
Application for modification of date
set for completing initial ADR step and
filing joint ADR certification

I, Plaintiff in pro per, respectfully apply for order modifying the date by which parties are to meet and confer and file joint ADR Certification, for the following reasons.

For the factors which were (generally) noted above, I am unable to fulfill the court's intial order.

In particular, defendants-respondents have not yet been served. As a result, I am unable to serve Order Setting Initial Case Management Conference and ADR Deadlines.     Respectfully submitted by H. Ha.

P. 2 of 2