Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
E-mail address: jamesha@planet-save.com
Plaintiff/Petitioner in Pro Per
Date: Oct. 19, 2007; Friday

Original

FILED
OCT 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

HUNG HA
    Plaintiff/Petitioner

vs.

WILLIAM E. MCGUINESS, DIANA HERBERT, STATE OF CALIFORNIA, et al,
    Defendants/respondents

Case No.: C07-03777 SBA

EX PARTE REQUEST FOR ORDER MODYFYING CLERK'S NOTICE FILED ON JULY 30, 2007 RE SERVICE AND DUTY TO SET UP CONFERENCE CALL

Nature of this paper

    Plaintiff/petitioner respectfully request that Court modify Clerk's Notice that was filed on July 30, 2007. A copy of it is attached to this paper as an exhibit.

Who

    This request is being made by Plaintiff/petitioner Hung Ha.

Request

    I, plaintiff/petitioner, respectfully request that I be allowed to appear for case management conference in person rather by telephones. I declare under penalty of perjury that I have not have my own phone for the past seven (7) years, and that I cannot use somebody else's phone. (Aside fromthat, Clerk did not tell me how a case management conference can be held via telephone, and I was unable to get the court's own description of this procedure. )

    In addition, I reqeust that I be relieved of the obligation to serve Clerk's Notice, because complaint/petition has not be served yet.

Request for order modying Clerk's Notice

respectfully submitted by Hung Ha

Hung Ha

ORIGINAL FILED

JUL 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HA,<br><br>      Plaintiff,<br><br>v.<br><br>WILLIAM E. MCGUINESS,<br><br>      Defendant. | No. C 07-03777 SBA<br><br>**CLERK'S NOTICE** |

Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.

    YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for, **October 31, 2007, has been moved to, October 31, 2007, at 2:30 p.m., via telephone.**

    Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.

    **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

    Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

Dated: 7/30/07

                                      FOR THE COURT,

                                      Richard W. Wieking, Clerk

                                      By: <u>s/Lisa R. Clark</u>
                                              Courtroom Deputy

Exhibit (P.1=2.16-A)