Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
E-mail address: jamesha@planet-save.com
Plaintiff/Petitioner in Pro Per
Date: Oct. 19, 2007; Friday

FILED
OCT 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

HUNG HA
    Plaintiff/Petitioner

vs.

WILLIAM E. MCGUINESS, DIANA HERBERT, STATE OF CALIFORNIA, et al,
    Defendants/respondents

Case No.: C07-03777 SBA

EX PARTE APPLICATION/REQUEST FOR ORDER TO (SLOW DOWN) RESET INITIAL CASE MANAGEMENT CONFERENCE FOR, PERHAPS, FEBRUARY 2008; DECLARATION

### Nature of this paper

This paper is an application for order to reset case management conference (which has been originally set for Oct. 31, 2007) or in other words, slow down the litigation process.

### Party submitting application

Plaintiff/Petition Hung Ha is the one submitting this application.

### Declaration RE notice

I, Plaintiff/petitioner to this action, have not served this application on defendants/respondents, and I have not served on them for the ofllowing reasons: I have not yet received order permitting me to proceed in forma pauperis, and I think it important that I amend my initial complaint/petition before serving it on defendatns/respondents. I declare under penaltyof perjury that foregoing is true.

### Reasons for this application

For the following reasons (not exhaustive list), I respectfully

1  request that the Court slow down the pace of litigation in this case,
2  and so re-set the activities of case management.
3      1) I am unfamiliar with federal law and federal litigation.
4  I have begun studying extensively federal rules of civil procedure,
5  local rules, substantive law.
6      2) I don't have expertise in federal litigation at all, although I
7  have very limited experience in state court litigation.
8      3) I lack resources: financial resources, human resources,
9  material resources. I need a law library but I, obviously, don't have
10 one. Being in Berkeley is an advantage because there I can go to Boalt
11 Law library, but that is not the same thing as having a law library
12 in an office suite (that lawyers do have). The complexity of the law
13 is such that it is indispensable a condition that, to be effective/efficient,
14 one has a law library in one's office suite. Boing back and forth
15 between a distant law library and a working station is a crippling
16 disadvantage, hindrance, condition. Moreover, I don't have a mentor;
17 I rely on my own. Moreover, I am constantly out of money. I earn my
18 small income by day labor, and this income is insufficient, flutuate
19 from week to week, month to month). These and other circumstances affect
20 my progress in studying the law and doing tasks moving the case forward.
21     4) The law is complex.
22     5) Litigation is full of fatal pitfalls for those who lack
23 sophistigation, high IQ, experience/practice, familarity with the law
24 and practice. Another metaphor is that litigation is minefield
25 through which the underdog must try to pass.
26     6) I am simply not smart enough for litigation and the real world
27 of practing law. Even if I might be smart enough for something in the
28 whole spectrum of human endeavors, not in law, not in law, Your Honor.

7) My health is poor. I am not a young man, but a person in advanced decline. When I came to America from Asia, I was in excellent health. Not any more. This condition of much declined health affects my ability to study the law and do the work of the case.

8) Unfortunately, I suffer certain disabilities, such as vision problem, dental problem. I don't have any insurance coverage (e.g., dental insurance coverage). **My dental problems are causing me a lot of trouble;** tooth pain can be deadly(one cannot eat, sleep, rest).

9) My initially filed complaint must be amended; it is not goog enough. To revise (amend) it is not easy, but very difficult for me. I am making an effort to revise it.

10) This case is not simple, although whether a case is simple or, by contrast, complex is relative: a case may be simple or complex for somebody, but not so for sombody else. For me, this case is very difficult one. It involves, for example, court records of the cases to which I have been a party since March 6, 2001, in the state courts of California (in particular, People v. Ha, 166802 [Alameda 2001]). Likewise, this case involves many important perssons: numerous judges of Superior Court of California in and for Alameda County, numerous justices in the state courts of appeal (including justices of the Supreme Court of California), attonreys in various law departments of state/local governments, so forth.

11) This case will be easy for the court, perhpas, because my evidence will depend primarily on court records, which are indisputable and what they mean is the critical question on which outcome of this case will probably depend. There is little testimony. What the records mean is within the court's expertise; what interpreation is reasonable,

1  correct, so forth, is simple for judges, as compared with listening
2  to evidence of witness in a trial.

3  12) I need three months to revise complaint, at a minimum.
4  For the foregoing reasons, I respectufully request that the initial
5  date of case management be vacated and reset three months (at a minimum)
6  from Oct. 31, 2007, and the dates of court events prior to case management
7  be accordingly modified.

8  Respectfully submitted on Oct. 19, 2007; Friday

9  /s/ Hung Ha
10 Plaintiff/Petitioner in pro per

15 ProposedOrder

16 (I am not sure of what the proposed order should be. Please excuse.)

17 Good Cause appearing, Hung Ha's application for order to reset
   initial case management conference is granted, and is reset for 2/28/2008.
18 It is further ordered that standing order be modified to reflect
   that the initial case management conference is re-set for 2/28/2008.
19 It is so ordered.

20 _____
   Judge