Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
E-mail address: jamesha@planet-save.com
Plaintiff/Petitioner in Pro Per
Date:

_____

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

_____

HUNG HA
    Plaintiff/Petitioner

vs.

WILLIAM E. MCGUINESS, DIANA HERBERT,
STATE OF CALIFORNIA, et al,
    Defendants/respondents

_____/

Case No.: C07-03777   SBA

APPLICATION FOR ORDER TO EXTEND TIME FROM NOV. 23(?), 2007 IN WHICH TO SUBMIT AMENDED COMPLAINT

FILED
NOV 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Nature

This application is submitted by Plaintiff Hung Ha, for an order extending time in which to file amended complaint.(Perhpas the court will want to defer ruling on this application till I submit my incomplte papers date of amending complaint    on Nov. 23, 2007, Fri.)

On Oct. 24, 2007, an order was filed denying my IFP application without prejudice, and I was granted leave to re-file IFP and amended complaint by no later than 30 days from Oct. 24, 2007. So the said date of refiling will be Nov. 23, 2007.

reasons

    For the following three types of reasons, I respectfully request that the court extend said deadline by two weeks up to Jan. 31, 2008.

Type 1

    As I realize, pleading stage in litigation is extreme important, such that the task to submit a well drafted pleading is no less important than the task of writing all the motion papers, appellate papers, petitions for writs to a higher courts, petitions for review.

Ha v. Ross, et al, 2002074172

1  Draftin a complaint can be extremely complicated, and for me it is
2  very difficult because of a variety of personal reasons (e.g., not smart
3  enough and sometimes, if not oftentimes, outright stupid). It is not uncommon
4  that I am shocked by my stupidity.
5  <u>type 2</u>
6         I need time to work on other cases than this one, although,
7  unfortunately, there is apparently a holding that handling multiple cases
8  is not excuse for being unable to litigate at a fast pace as set by a judge
9  in any one of those said cases. I respectfully disagree but my opinion
10 does not change the outcome of court's thinking. Nonetheless, let me
11 proceed.
12 (a)    In <u>Ha v. Burr</u> II, which is now apparently reassinged to the
13 Hon. Susan Illston of SF, I have not been able to do my work and I must
14 catch up as soon as I can.
15 (b)    state courte actions, two of them, are nearing the end of five years
16 in which the controversies must be heard and decided. They ar Ha v. Ross,
17 et al, 2002074172, and Ha v. Harrison, et al, 2002077102. My view has
18 been put on the record in those cases that misconduct of opposeing counsel
19 (and hteir clients) and numerous judicial officers have been illegally
20 (and blatantly) blocking my cases. As I am running out of time, I need
21 to do something. Thse two cases are very important, and they might as well
22 affect the outcome of my federal court cases.
23 <u>Type 3</u>
24        This type refers to personal reasons, like health, disabilities,
25 lack of financial resources, various types of unfortunate incidents.
26 <u>Length of projected complaint</u>   It will probably over 150 pages. Now it is about 50.
27 In conclusion, I respectfully request an extension. Perhpas the Judge can
28 give me two weeks (Dec. 7, Friday), or Jan. 31, 2008.

Respectfully submitted by Hung Ha on Nov. 13, 2007

p2

application for extension