```
FILED
NOV 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

1  Hung Ha
2  P.O. Box 367
3  Berkeley, CA 94701-0367
4  Email = jamesha@planet-save.com
5  Date = Nov. 23, 2007, Friday

6
7
8              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
9
10  Hung Ha & Similarly Situated
11              Plaintiffs,                CASE NO. C07-03777 SBA
12     vs.                                 APPLICATION TO PROCEED
     William E. McGuiness et al            IN FORMA PAUPERIS
13                                         (Non-prisoner cases only)
14              Defendant/Respondents
15
16     I, __Hung Ha__, declare, under penalty of perjury that I am the plaintiff in
17  the above entitled case and that the information I offer throughout this application is true and correct. I
18  offer this application in support of my request to proceed without being required to prepay the full
19  amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs
20  of this action or give security, and that I believe that I am entitled to relief.
21     In support of this application, I provide the following information:
22  1.   Are you presently employed?  Yes ✓  No ✓  DAY LABORER
23  If your answer is "yes," state both your gross and net salary or wages per month, and give the name and
24  address of your employer:
25  Gross: _____ Net: __400/wk roughly but it fluctuates__
26  Employer: __Multiple. I do day labor for drivers who__
27  __pick up workers in streets & happen to pick me up__
28  If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____           - 1 -

1 | wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the following

6 | sources:

7     a.    Business, Profession or    DAY LABOR    Yes ___ No ___

8            self employment

9     b.    Income from stocks, bonds,    Yes ___ No ✓

10            or royalties?

11    c.    Rent payments?    Yes ___ No ✓

12    d.    Pensions, annuities, or    Yes ___ No ✓

13            life insurance payments?

14    e.    Federal or State welfare payments,    Yes ___ No ✓

15            Social Security or other govern-

16            ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | __I EARN MY INCOME FROM DOING DAY LABOR__

20 | __IN ALAMEDA COUNTY, CALIFORNIA_____

21 | 3. Are you married?                 Yes ___ No ✓

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.    a.    List amount you contribute to your spouse's support:$ _____

27 |       b.    List the persons other than your spouse who are dependent upon you for support and

28 |            indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____       - 2 -

1        list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

2        _____

3        _____

4    5.   Do you own or are you buying a home?      Yes ___  No ✓

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.   Do you own an automobile?                 Yes ___  No ✓

7    Make _____ Year _____ Model _____

8    Is it financed? Yes _____ No _____ If so, Total due: $ _____

9    Monthly Payment: $ _____

10   7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _WASHINGTON MUTUAL (FREE CHECKING)_

12   _B of A CREDIT CARD ("IN DEFAULT"); WAMU CREDIT CARD_

13   Present balance(s): $ _PROBABLY $100 to $130 APPROXIMATELY_

14   Do you own any cash? Yes ✓ No ___ Amount: $ _ONE_

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16   value.) Yes ✓ No ___ _Causes of Action; ⊕_

17   _BIKE (very valuable but cheap - no more than $100 "mkt value".)_

18   8.   What are your monthly expenses?

19   Rent: $ _400+_          Utilities: _ONE DOLLAR_

20   Food: $ _ONE_           Clothing: _0_

21   Charge Accounts: _I get a lot of FREE food in People's Park, Berkeley._

22   Name of Account      Monthly Payment         Total Owed on This Account

23   _B of A CREDIT_   $ _?"Default"_     $ _12,000 ᵒˢ +_

24   _WaMu CREDIT_     $ _65_ ✓          $ _3000 ᵒˢ +_

25   _____        $ _____       $ _____

26   9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they

27   are payable. Do not include account numbers.) _[against me]_

28   _Educational Debts (Money judgments which are_
     _US Dept of Education - $_
APP. TO PROC. IN FORMA  _UCB - $50M   probably void or_
                        _NYU -_
PAUPERIS, Case No._____ _SFSU -_   -3-   _certainly void."_ )

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in other
3  lawsuits?   Yes ___   No ✓  I HAVE A GROUP OF RELATED CASES
                                  But CAUSES OF ACTION ARE DIFFERENT.
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
                              HA v. Burr et al I (SF District Court)
5  they were filed.           HA v. Burr et al II (Oakland District Court)
6  ___HA v. Ross, et al 2002674172 (Alameda Superior Court)___
7  ___HA v. Harrison et al 2002077102 (Alameda Superior Court)___
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9  statement herein may result in the dismissal of my claims.
10
11  __NOV. 23, 2007__                    __Henry Wa__
12         DATE                          SIGNATURE OF APPLICANT
13
14
...
28
APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                    - 4 -