Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
E-mail address: jamesha@planet-save.com
Plaintiff/Petitioner in Pro Per
Date:    March 7, 2008; Friday

**FILED**

MAR - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1

2

3

4    UNITED STATES DISTRICT COURT

5    IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

6    _____

7    HUNG HA
         Plaintiff/Petitioner          Case No.: C07-03777   SBA

8
         vs.                           REQUEST THAT COURT DISPOSE REST
9                                       OF THE ACTION, AS TO THE APPENDED
     WILLIAM E. MCGUINESS, DIANA HERBERT, EQUITY ACTIONS
10   STATE OF CALIFORNIA, et al,
         Defendants/respondents

11

12   _____/

13   Unless the Court set aside order dismissing action with prejudice

14   and issues new order permitting me to proceed on a paid complaint,

15   the action needs to be disposed of in entirety, and I believe

16   that the order dated/filed Feb. 26, 2008 fails to dispose the

17   entire action in that it fails to dispose the several equity actions

18   which I appended to the main action.

19       My first amended complaint asserts (imprecisely) a number of

20   causes of action, identified/enumerated from A to O.

21       For example, order of dismissal with prejudice fails to

22   dispose causes of action from D (p.176) to O (p. 210 to p 211).

23       Order at issue disposes of, if any, some of the causes of

24   action from A (p.60) to C (p.172 to p.174).  Many of the claims
                                (from  A to C)
25   pertaining to those earlier clauses of action are not disposed of by

                                       understand
26   the judgment of dismissal with prejudice, as I       the portion of

27   "analysis" of the court at p.3: L.15-20.  ("CAuse of action" refers to

28   primary rights, breach thereof, and injuries proximately caused."Claim" refers to
     loosely a set of issues in connection with which reliefs may be had.)

     Respectfully submitted by Hung Ha