Ha v. McGuiness, et al, C 07-3777 SBA (Oakland Office, U.S. Dist.



Hung Ha
P. O. box 367
Berkeley, CA 94701-0367
E-mail: seasprout9@yahoo.com
April 25, 2008; Friday

RE: Letter to the Court (about extension and preview of Notice of Appeal)

Plaintiff HUng Ha respectfully submit this letter to the court in connection with the above titled action, concerning the folloiwng matters: (a) more time to submit additional argument/explanation of why the doctrine of Rooker-Feldman does not bar this court from exercising original jurisdiction, and (b) a preview of, if necessary or needed, forthcoming notice of appeal.

(a) <u>more time</u>

<u>a bit of procedural facts</u>
On Feb. 26, 2008, an order was filed dismissing the above titled action with prejudice.
On March 7 2008, on the tenth day folloiwng Feb. 26, 2008, I filed or submitted to the court three motions. One of them was motion to set aside or otherwise modify the order of dismissal.

<u>time for submitting additional argument</u>
I hope and have been trying to submit additional argument/ explanation of my understnding that the Rooker-Feldman doctrine does not bar this court from exercising original jurisidction in the above titled action, and for that purpose, I need additional time, although I expect that if permitted by the Judge, I will be able to submit aforesaid argument/explanation later in May. First, I have been doing research on Rooker-Feldman doctrine, and I have been diligent on so doing. I have read many cases; it is difficult to understand the law, so it has been very difficult for me to understnad these cases. Legal concerts are very difficult for me to comprehend, to a sufficient degree. Thus, I am slower than I would like to progress. Secondly, I have three deadlines by May 8, 2008, in submitting someting to a state court, so that I hope to spend the time between today and May 8, 2008 to that task, and resume drafting additional argument/explanation for the aforesaid motion to set aside/modify the order filed on Feb. 26, 2008.
I respectfully request that the Court let me submit additional argument/explanation in late May 2008 (primarily beca;se the law is incredibly difficult for me to understand, apply, etc.).

(b) <u>preview of notice of appeal</u>
To be sure, unless the court generously grant my motions which were (respectfully) submitted on March 7, 2008, appeal will be necessary/needed. I respectfully will appeal the order dismissing complaint filed on Feb. 26, 2008, and whatever judgment or implied or other explicit orders contained in that document (assigned docket entry number 10 [12?):
judgment (dismissal with prejudice ordered/entered on 2/26/08
implied order denying IFP application (I do intend to pay filing fee)
implied order denying my Nov. 13, 2007 application for extension of time
any explicit/implied order denying motion to set aside or otherwise modify
any explicit/impoied order denying motion to proceed on paid complaint
any explicit/implied order denying motion to dismiss rest of action (equity)
any explicit/implied order dismissing rest of the amended complaint
(other than what is specified in order of Feb. 26, 2008
If I may, order dismissing compliant and denying IFP application filed 10/24/0

FILED
APR 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

respectfully
submitted
Hung Ha
Oct. 24, 2007    (I request that I be allow to appeal without payment of appeal fee.)