IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HA, | No. C 07-3777-SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 32, 33] |
| WILLIAM MCGUINESS, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Modify the Court's Order of February 23, 2009 [Docket No. 31] and Motion to Set Aside Orders [Docket No. 32]. In the Motion to Modify the Court's Order, Mr. Ha requests the Court to reconsider its dismissal of the action and permit him to continue prosecuting his action because he will pay the filing fee. In the Motion to Set Aside Orders, Mr. Ha requests the Court set aside its latest order, or better yet, vacate all previous orders issued in the name of Judge SBA, to wit, the Order denying Mr. Ha in forma pauperis status [Docket No. 6], the Order dismissing the case with prejudice [Docket No. 12], the Order denying three prior motions to set aside orders [Docket No. 27].

The Plaintiff's motions are DENIED because each is Plaintiff's latest attempt to have the Court vacate its prior orders in this case. In the Court's Order dated February 23, 2009, Mr. Ha was informed that "[no] further motions for reconsideration will be considered." Before the Court are further motions for reconsideration, which the Court will not consider, for the reasons stated in the Order of February 23, 2009.

IT IS SO ORDERED.

Dated: 3/6/09

Saundra B Armstrong
Saundra Brown Armstrong
United States District Judge

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HA, | Case Number: CV07-03777 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WILLIAM E. MCGUINESS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hung Ha
P.O. Box 367
Berkeley, CA 94701-0367

Dated: March 10, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California